UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

RALPH SOLANO,

        Plaintiff,

        v.                                  Case No. 03-C-1412

AT&T CORP.,

        Defendant.

---

**ORDER**

---

This matter came on for telephone hearing on the 16th day of May 2005, to consider plaintiff, Ralph Solano's, third Rule 7.4 expedited non-dispositive motion for order compelling discovery and for sanctions against defendant.

The plaintiff appeared by his attorney, Alan C. Olson, and the defendant appeared by his attorneys Charles Magyera and Shelly Ranus.

For the reasons set forth on the record, which constitutes this court's findings of fact and findings of law, the motion is denied.

Dated at Milwaukee, Wisconsin, this 16th day of May 2005.

                                                        BY THE COURT

                                                        s/ C. N. Clevert, Jr.
                                                        C. N. CLEVERT, JR.
                                                        U. S. District Judge